FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**14-2330 SECT. R MAG. 4**

US Constitutional Amendment 1-10, and 14th   42 USC 1997 et seq
LA Constitution of 1921 Art IX, SECT. 4   CRIMINAL/CIVIL ACTION   RS 14:18-21, 64:128 etc,
RS 14:140:A(2)

Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

NO.

Dodiyi J. WILLIAMWEST

versus

SECTION

BARAK OBAMA — HUD — HANO — ROAD HOME, US POSTAL SERVICE
MARY LANDRIEU & ASSOC, — NOLA GREEN ROOTS, ET ARBOR FREIGHT DOBELA
BOBBY JINDAL & ASSOC. — LA LAND TRUSTS et al. P. EARLY HOME DEPOT, LOWES
STARS OIL — QUICKYS DISCOUNT & ASSOC. — SCHNEIDERS, IBERIA BANK G,
ROBERT JACKSON & JAQUES MILLER & ASSOC. HABITAT FOR HUMANITY &
ACADEMY SPORTS — UNO — SYW BAND — ENTERGY, ORAL RICK & A
CRESCENT MOON, INC, HAYNES NOPD 5th
A. CURIAN, MCLNO, DELGADO COMMUNITY COLLEGE
TRACFONE, AT&T, SGT BLANCHARD, RTA, WALMART
BESTBUY, MARILLIN CAUSMAN, RENAL SERPAS AND ASSO

Print the full name of all defendants in this action.
DO NOT WRITE et al.

COMPLAINT

I.   Previous Lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes (X)   No ( )

TENDERED FOR FILING

SEP 24 2014

U.S. DISTRICT C...
Eastern Dist...
D...

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _DODIYI J. WILLIAMWEST_
   _versus_
   Defendants _City of New Orleans (NOPD 5th Distr.)_

2. Court (if federal court, name of the district court; if state court, name the parish.) _?_
3. Docket Number _2010-5908?_
4. Name of judge to whom case was assigned _HON. KEN REESE_

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
   _AWAITING RECUSATION JUDGEMENT TO INTO ADVISEMENT_

6. Approximate date of filing lawsuit _MAY, 2010_
7. Approximate date of disposition _PENDING_

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (X)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

II. PLACE OF PRESENT CONFINEMENT: _ORLEANS PARISH PRISON- BIW_
_3000 Perdido Street NOLA 70119_

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (X) No ( )

LR83.2-8  C. If your answer is "yes", Dates: _August 22, 23, 25, 27, 28, 29, 31 Sept 1, 2, 3, 4,_
x(1) x(2) x4       x(1) x(4) x(4) x(1) x(1) x(6) x(1) x(2) (3) x(1)
Sept 6, 11, 13, 15 x16  x1

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? __YES__

D. If your answer is NO, explain why you have not done so: ____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) __DOBRYL J. WILLIAMWEST__

Prisoner Number __2396014__

Address __3000 Perdido, Ste A3-5 NOLA 70119__

Date of Birth __04/05/55__

Date of Arrest __08-16-14__

Date of Conviction __NO CONVICTION: THREE NO SHOW BY PROSECUTION AND NO SHOW ON TRIAL DATE OF SEPT, 1/2014__

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B. Defendant **JACQUES MILLER** is employed as **CAMPAIGN ING AND TERRORIST** at **LOHI, QUICKYS, STARS OIL, LA Land Trust etc**
Address for service: **1600 Port St, (Alias 2637 N. Claiborne Ave NOLA 70117**

C. Defendant **ROBERT JACKSON** is employed as **HEAD OF SEWERAGE & WATER Board of New Orleans** at **S&WB NO**
Address for service: **1600 Port Alias 2637 N. Claiborne Ave NOLA 70117**

D. Defendant **BARACK OBAMA** is employed as **US President / NAACP Leader** at **NAACP**
Address for service: **1600 Pensylvania Ave, Washington DC 20250**

E. Defendant **MARY LANDRIEU** is employed as **US Senator / NOLA GreenRoof** at **United State Senate Louisiana**
Address for service: **501 Poydras St, Hale Boggs Bldg, Ste 1200 NOLA 70130**

F. Defendant **Bobby Jindal** is employed as **LA Governor & LA Land Trust GO SHED ROAD HONG** at **State of Louisiana**
Address for service: **State House, Baton Rouge, LA 70804**

G. Defendant **STARS OIL NEW ORLEANS** is employed as **QUICKYS DISCOUNT** at **1585 Franklin Ave Store**
Address for service: **1585 Franklin Ave, NOLA 70117**

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Pres. Obama, Sen. Mary Landrieu, Jacques Miller, Robert Jackson and Assoc., Stars Oil, Quickys staged armed robbery against Dodrigi J. William West, Christian Pastor, on August 16, 2014 stealing his Rudy Smith '62 4 hr Touring, at 1603 Port where it was posted

4

and when he called 911 and reported the armed robbery by the campaign thugs who insist on hostily takeing over his property, the Sheriff and Police arrested him with the robbers wife, and refused to present any evedence on three different court dates, holding his keys, wallet through their Sutens, Litches and deur meliciously in bad faith

### V. Relief

*(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)*

There is a stipulated damages posted as performance contract on the premises, who ever was found in violation of house rules pursuant to RS 32:25, 14-144, RS 14:24-27, 34-37, 40.1, 55, 62.2, 63.3, 64, 66, 83.1-3, 92.2, 107.1-4, 111, 129.1, 130.1, 131-133, 134, and 140.A(2) and particularly RS 14:08, 19, 20, 21 Accepted plus $225,400.00 $500.00 for small signs, $1500.00 for big signs, $84,000,000,000 eighty four billion daily, if denied access to court; A trillion dollars daily if arrested and not expedituous trial, nor given proof of justification within 72 hrs

### VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __19th__ day of __September__, 20__14__.

*(Signature of Plaintiff)*

04/2006



To:
Apostle Dodiyi J. Williamwen
3000 Pendedo St, A3-S
NOLA 70119

Attention From:
1609 Port of Orleans
NOLA 70117

United States Court Eastern District of Louisiana
500 Poydras Street, Suite C-151
New Orleans, LA 70130