UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DODIYI J. WILLIAMWEST                    CIVIL ACTION

VERSUS                                   NO: 14-2330

BARACK OBAMA, ET AL.                     SECTION: R(5)

## ORDER AND REASONS

Before the Court is plaintiff Dodiyi Williamwest's complaint,[1] defendant Marlin Gusman's answer,[2] the Magistrate Judge's Report and Recommendation,[3] and Williamwest's objections[4] and supplemental objections[5] to the Report and Recommendation.  The Magistrate judge recommends that Williamwest's claims be dismissed for want of prosecution for failing to pay the required filing fee or to submit a completed pauper application.  The Court, having reviewed de novo Williamwest's complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Williamwest's objections to the Report and Recommendation, approves the Report and Recommendation and adopts it as its opinion, with the addition of the following discussion.

In his objections, Williamwest does not challenge the precedent cited by the Magistrate Judge or raise any arguments disputing the Magistrate Judge's analysis.  Instead, he simply

---

[1]    R. Doc. 1.

[2]    R. Doc. 5.

[3]    R. Doc. 7.

[4]    R. Doc. 8.

[5]    R. Doc. 9.

reiterates allegations set forth in his complaint.  The Court need not reiterate the Magistrate Judge's analysis.

Accordingly, IT IS ORDERED that Williamwest's complaint be DISMISSED WITHOUT PREJUDICE for failure to prosecute under Federal Rule of Civil Procedure 41(b).


New Orleans, Louisiana, this <u>24th</u> day of April, 2015.

_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE